UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:26–cv–05007–MWF–AS              Date        June 16, 2026

Title        KENNETH DAVIDSON V. J.P. LIPPSTEIN 2150 GP, LLC ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

         Rita Sanchez                              Not Reported;
      Courtroom Deputy                           Court Reporter

   Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
            None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

        In light of the Notice of Settlement filed 6/12/2026, the Court sets a hearing on Order To Show Cause Re Dismissal for July 29, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

        **IT IS SO ORDERED.**

                                                        Initials of Clerk:  rs